# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **Portus Singapore Pte Ltd and Portus Pty Ltd,** | |
| *Plaintiffs*, | |
| **v.** | **CASE NO.  4:22-cv-454** |
| **Uniden America Corporation,** | **Jury Trial Demanded** |
| *Defendant*. | |

## SCHEDULING ORDER

It is hereby **ORDERED**, after consultation with the parties, that the following scheduling

will apply in this case:

| Model Order Date | Proposed Date | Event |
|---|---|---|
| **October 24, 2022 at 1:30 p.m.** | | Case Management Conference at Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas.  Counsel for each party, with authority to bind their respective clients, and all unrepresented parties, shall be present.  Continuance of the management conference will not be allowed absent a showing of good cause. |
| **November 3, 2022** [10 days after Mgmt. Conf.] | | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served. |

**Page 1 of 6**

| | | |
|---|---|---|
| **November 28, 2022** [5 weeks after Mgmt. Conf.] | | Join Additional Parties. |
| **November 28, 2022** [5 weeks after Mgmt. Conf.] | | P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served. To extent not already required to be disclosed, exchange Mandatory Disclosures on all issues, including damages. |
| **To be discussed at Mgmt. Conf.** | | Mediation. The Court will appoint a mediator at the Scheduling Conference. |
| **December 8, 2022** [No later than 45 days after Mgmt. Conf.] (Thurs) | | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |
| **December 12, 2022** [7 weeks after Mgmt. Conf.] | **December 13, 2022** | Privilege logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| **December 28, 2022** [No later than 65 days after Mgmt. Conf.] | | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). |
| **January 23, 2023** [13 weeks after Mgmt. Conf.] | | Parties' Final Amended Pleadings **(a motion for leave is required).** |
| **January 27, 2023** [No later than 95 days after Mgmt. Conf.] | **January 26, 2023** | Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. |
| **February 13, 2023** [16 weeks after Mgmt. Conf.] | | Respond to Amended Pleadings. |
| **February 24, 2023** [No later than 125 days after Mgmt. Conf.] | | Completion date for discovery on claim construction (P.R. 4-4). |

| | | |
|---|---|---|
| **March 13, 2023** [No later than 140 days after Mgmt. Conf.] | | Opening claim construction brief (P.R. 4-5(a)). |
| **April 27, 2023** | | Responsive claim construction brief (P.R. 4-5(b)). |
| **June 3, 2023** | | Reply claim construction brief (P.R. 4-5(c)). |
| [4 weeks before claim construction hearing] | | Submit technology synopsis/tutorial (both hard copy and disk). |
| [At least 10 days before claim construction hearing] | | Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |
| 4 weeks before fact discovery closes | | Deadline for substantial completion of document production. |
| **Roughy July 11 at 9:00 a.m.** | | **Proposed Claim Construction Hearing** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |
| [5 weeks after claim construction hearing] | | **Close of Fact Discovery**. Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this court's order or the Patent Rules, nor an excuse to delay disclosure of information. It is a "catchall" deadline for provision of all remaining information which may be relevant to a claim or defense of any party at trial. |

**Page 3 of 6**

| | | |
|---|---|---|
| [9 weeks after claim construction hearing] | | Comply with P.R. 3-7 (Designation of Willfulness Opinions). |
| Two weeks before fact discovery closes | | Deadline to File Motions to Compel. |
| [9 weeks after claim construction hearing] | | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(a)(2)(B). |
| [11 weeks after claim construction hearing] | | Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B). **Note: Objections to any expert, including Daubert motions, shall be filed 1 month after expert's reply report  has been disclosed.** |
| [13 weeks after claim construction hearing] | | Expert Discovery Deadline. |
| [13 weeks after claim construction hearing (no later than 110 days prior to the filing of the Joint Final PTO)] | | File Dispositive Motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rule CV-7. **Responses to motions shall be due in accordance with Local Rule CV-7(e).** |
| [5 weeks before final pretrial conference] | | Notice of intent to offer certified records. |
| | | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will |

| | | |
|---|---|---|
| [5 weeks before final pretrial conference] | | prepare a Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| [4 weeks before final pretrial conference] | | Serve Pretrial Disclosures (Witness List, Deposition Designations, Exhibit Lists, and Video Deposition Designation) by the Party with the Burden of Proof. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have fourteen calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the Court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. |
| | | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures. |
| | | Serve Objections to Rebuttal Pretrial Disclosures. |
| [30 days before final pretrial conference] | | Motions *in limine* due.<br><br>File Joint Final Pretrial Order.<br><br>Exchange Exhibits and deliver copies to the court. At this date all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. |
| [2 weeks before final pretrial conf] | | Responses to motions *in limine* due.<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses). If numerous objections are filed the court may set a hearing prior to the final pretrial conference. |

| | | |
|---|---|---|
| | | File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| **at 9:00 a.m.** | | **Final Pretrial Conference** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |
| **TBD – 10:00 a.m.** | | **Jury Selection and Trial** at the at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |